# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA SERVED<br>ON STEPHEN K. BANNON<br><br>CLYDE & CO., 1775 PENNSYLVANIA<br>AVENUE, NW, SUITE 400, WASHINGTON,<br>DC 20006 | )<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Movant Strategic Vision US LLC submits this disclosure statement identifying any parent corporation and any publicly held corporation that owns 10 percent or more of its stock.

1. Movant Strategic Vision US LLC is a closely held limited liability company that does not have a corporate parent and no publicly held corporation holds a membership interest.

Dated December 18, 2019

                                            Respectfully submitted,

                                            GRAVES GARRETT LLC

                                            */s/ Edward D. Greim*
                                            Edward D. Greim, D.D.C. Bar #MO008
                                            1100 Main Street, Suite 2700
                                            Kansas City, MO 64105
                                            Telephone: (816) 256-3181
                                            Fax: (816) 256-5958
                                            edgreim@gravesgarrett.com
                                            ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, the foregoing was served via electronic mail to all counsel of record, including:

Alexander Benjamin Spiro
Quinn Emanuel Urquhart & Sullivan (NYC)
51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
alexspiro@quinnemanuel.com

Allison L McGuire
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20001
202-538-8272
allisonmcguire@quinnemanuel.com

_____
Attorney for Movant