USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
 :
IN RE SUBPOENA SERVED ON STEPHEN K. : 20-mc-00091 (LJL)
BANNON :
 : ORDER
 :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On December 19, 2019, Strategic Vision US LLC filed in the United States District Court for the District of Columbia a motion to compel Stephen K. Bannon to comply with a subpoena for testimony related to an ongoing case in the United States District Court for the Southern District of New York. Dkt. No. 1; *see also Eastern Profit Corporation Limited v. Strategic Vision US LLC*, No. 18-cv-02185. Strategic Vision then moved to transfer that motion to compel back to the Southern District of New York pursuant to Fed. R. Civ. P. 45(f). Dkt. No. 2. The District of Columbia granted the transfer on January 5, 2020. Dkt. No. 13. The motion to compel was resolved on January 13, 2020. *See* 18-cv-02185, Dkt. No. 243.

The Clerk of Court is hereby directed to close this case.

SO ORDERED.

Dated: February 20, 2020
 New York, New York  _____
 LEWIS J. LIMAN
 United States District Judge